Buchwald, N.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 07/30/2013

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
MADELEINE STANCESCU,

          Plaintiff,

    - against -

ASSAEL INTERNATIONAL, INC. d/b/a ASSAEL
INC., CHRISTINA LANG-ASSAEL, ANDRES
BABIO, and GITTY GOLDMAN,

          Defendants.
------------------------------------------------------------X

Case No. 13-cv-4633 (NRB) (MHD)

**STIPULATION EXTENDING TIME TO RESPOND TO COMPLAINT**

     **IT IS HEREBY STIPULATED AND AGREED** between the undersigned counsel for Plaintiff Madeleine Stancescu and Defendants Assael International, Inc., Christina Lang Assael and Andres Babio ("Defendants") that Defendants' time to answer or otherwise respond to the Complaint is extended from July 30, 2013 to and including August 19, 2013.  There have been no previous requests for an extension.

     **IT IS FURTHER STIPULATED AND AGREED** that this Stipulation may be executed in counterparts with email, PDF or facsimile signatures treated as originals.

Dated: New York, New York
       July 29, 2013

**SERRINS FISHER LLP**

By: _____
Ann Macadangdang
233 Broadway, Suite 2340
New York, New York 10279
*Attorneys for Plaintiff*

**CARTER LEDYARD & MILBURN LLP**

By: _____
Judith A. Lockhart
Jasmin J. Farhangian
2 Wall Street
New York, New York 10005
*Attorneys for Defendants*

SO ORDERED: _____
U.S.D.J
7/30/13

7258565.1