UNITED STATES DISTRICT COURT/SOUTHERN DISTRICT OF NEW YORK   Attorney: SERKINS FISHER LLP - 1960

MADELEIN STANCESCU

Plaintiff(s)

- against -

ASSAEL INTERNATIONAL, INC. D/B/A ASSAEL INC. ET AL

Defendant(s)

Index #: 13 CV 4633

Purchased: July 3, 2013
Date Filed:

**AFFIDAVIT OF SERVICE**

STATE OF NEW YORK: COUNTY OF NEW YORK ss:

TRAVICK STEWART BEING DULY SWORN DEPOSES AND SAYS DEPONENT IS NOT A PARTY TO THIS ACTION, OVER THE AGE OF EIGHTEEN YEARS AND RESIDES IN THE STATE OF NEW YORK.

That on July 9, 2013 at 12:25 PM at

580 5TH AVE 21ST FLOOR
NEW YORK, NY10036

deponent served the within true copy of the SUMMONS & COMPLAINT, CIVIL COVER SHEET, INDIVIDUAL PRACTICES OF JUDGE BUCHWALD, ECF RULES AND INSTRUCTIONS on ASSAEL INTERNATIONAL, INC. D/B/A ASSAEL INC., the defendant/respondent therein named,

**CORPORATION** by delivering thereat a true copy of each to ALISON MEADE personally, deponent knew said corporation so served to be the corporation described in said SUMMONS & COMPLAINT, CIVIL COVER SHEET, INDIVIDUAL PRACTICES OF JUDGE BUCHWALD, ECF RULES AND INSTRUCTIONS as said defendant/respondent and knew said individual to be GENERAL AGENT thereof.

Deponent further states that he describes the person actually served as follows:

| Sex | Skin Color | Hair Color | Age (Approx.) | Height (Approx.) | Weight (Approx) |
|---|---|---|---|---|---|
| FEMALE | WHITE | BLONDE | 32 | 5'3 | 160 |

Sworn to me on: July 10, 2013

Linda Forman
Notary Public, State of New York
No. 01FO5031305
Qualified in New York County
Commission Expires August 1, 2014

Robin Forman
Notary Public, State of New York
No. 01FO6125415
Qualified in New York County
Commission Expires April 18, 2017

GOTHAM PROCESS INC.
299 Broadway
New York NY 10007

TRAVICK STEWART
License #: 243722
Docket #: *871802*

UNITED STATES DISTRICT COURT/SOUTHERN DISTRICT OF NEW YORK  Attorney: SERRINS-FISHER LLP - 1960

MADELEIN STANCESCU

                                      Plaintiff(s)

- against -

ASSAEL INTERNATIONAL, INC. D/B/A ASSAEL INC. ET AL

                                      Defendant(s)

Index #: 13 CV 4633

Purchased: July 3, 2013
Date Filed:

**AFFIDAVIT OF SERVICE**



STATE OF NEW YORK: COUNTY OF NEW YORK ss:

TRAVICK STEWART BEING DULY SWORN DEPOSES AND SAYS DEPONENT IS NOT A PARTY TO THIS ACTION, OVER THE AGE OF EIGHTEEN YEARS AND RESIDES IN THE STATE OF NEW YORK.

That on July 9, 2013 at 12:25 PM at

580 5TH AVE 21ST FLOOR
NEW YORK, NY10036

deponent served the within true copy of the SUMMONS & COMPLAINT, CIVIL COVER SHEET, INDIVIDUAL PRACTICES OF JUDGE BUCHWALD, ECF RULES AND INSTRUCTIONS on ASSAEL INTERNATIONAL, INC. D/B/A ASSAEL INC., the defendant/respondent therein named,

**CORPORATION** by delivering thereat a true copy of each to ALISON MEADE personally, deponent knew said corporation so served to be the corporation described in said SUMMONS & COMPLAINT, CIVIL COVER SHEET, INDIVIDUAL PRACTICES OF JUDGE BUCHWALD, ECF RULES AND INSTRUCTIONS as said defendant/respondent and knew said individual to be GENERAL AGENT thereof.

Deponent further states that he describes the person actually served as follows:

| Sex | Skin Color | Hair Color | Age (Approx.) | Height (Approx.) | Weight (Approx) |
|---|---|---|---|---|---|
| FEMALE | WHITE | BLONDE | 32 | 5'3 | 160 |

Sworn to me on: July 10, 2013

Linda Forman
Notary Public, State of New York
No. 01FO5031305
Qualified in New York County
Commission Expires August 1, 2014

Robin Forman
Notary Public, State of New York
No. 01FO6125415
Qualified in New York County
Commission Expires April 18, 2017

GOTHAM PROCESS INC.
299 Broadway
New York NY 10007

**TRAVICK STEWART**
License #: 243722

Docket #: *871802*