UNITED STATES DISTRICT COURT/SOUTHERN DISTRICT OF NEW YORK   Attorney: SERBINS FISHER LLP - 1960

| | |
|---|---|
| MADELEIN STANCESCU<br><br>　　　　　　　　　　　　　　　Plaintiff(s)<br><br>　　　　　　　- against -<br><br>ASSAEL INTERNATIONAL, INC. D/B/A ASSAEL INC. ET AL<br>　　　　　　　　　　　　　　　Defendant(s) | Index #: 13 CV 4633<br><br>Purchased: July 3, 2013<br>Date Filed:<br><br>**AFFIDAVIT OF SERVICE** |

STATE OF NEW YORK: COUNTY OF NEW YORK ss:

GERALD MURRAY BEING DULY SWORN DEPOSES AND SAYS DEPONENT IS NOT A PARTY TO THIS ACTION AND OVER THE AGE OF EIGHTEEN YEARS AND RESIDES IN THE STATE OF NEW YORK.
That on August 5, 2013 at 05:05 PM at

1612  57TH STREET APT 3
BROOKLYN, NY 11204

deponent served the within true copy/copies of the SUMMONS & COMPLAINT, CIVIL COVER SHEET, INDIVIDUAL PRACTICES OF JUDGE BUCHWALD, ECF RULES AND INSTRUCTIONS on GITTY GOLDMAN, the defendant/respondent therein named,

**SUITABLE AGE**   by delivering thereat a true copy/copies of each to "JOHN SMITH", REFUSED TRUE NAME a person of suitable age and discretion. Said premises is the defendant's/respondent's dwelling house within the state. He identified himself as the CO-TENANT of the defendant/respondent.

Deponent further states that he describes the person actually served as follows:

| Sex | Skin Color | Hair Color | Age (Approx.) | Height (Approx.) | Weight (Approx) |
|---|---|---|---|---|---|
| MALE | CAUCASIAN | BROWN | 30 | 5'11 | 180 |

GLASSES

**MAILING**   Deponent enclosed a true copy/copies of same in a postpaid wrapper properly addressed to the defendant/respondent at the defendant's/respondent's last known residence at

1612  57TH STREET APT 3
BROOKLYN, NY 11204

and deposited said wrapper in a post office or official depository under exclusive care and custody of the United States Postal Service within New York State on August 6, 2013 by REGULAR FIRST CLASS MAIL in an envelope marked PERSONAL & CONFIDENTIAL and not indicating on the outside envelope thereof, by return address or otherwise that the communication is from an attorney or concerns an action against the party to be served.

**MILITARY SERVICE**   Person spoken to was asked whether the defendant was in the military service of the State of New York or the United States and received a negative reply. Upon information and belief based upon the conversation and observation as aforesaid deponent avers that the defendant is not in the military service of the State of New York or the United States as that term is defined in the statutes of the State of New York or the Federal Soldiers and Sailors Civil Relief Act.

Sworn to me on: August 6, 2013

Linda Forman
Notary Public, State of New York
No. 01FO5031305
Qualified in New York County
Commission Expires August 1, 2014

Robin Forman
Notary Public, State of New York
No. 01FO6125415
Qualified in New York County
Commission Expires April 18, 2017

GOTHAM PROCESS INC.
299 Broadway
New York NY 10007

GERALD MURRAY
License #: 872285
Docket #:   *872621*

MADELEIN STANCESCU

Plaintiff(s)

- against -

ASSAEL INTERNATIONAL, INC. D/B/A ASSAEL INC. ET AL

Defendant(s)

Index #: 13 CV 4633

Purchased: July 3, 2013
Date Filed:

**AFFIDAVIT OF SERVICE**

STATE OF NEW YORK: COUNTY OF NEW YORK ss:

GERALD MURRAY BEING DULY SWORN DEPOSES AND SAYS DEPONENT IS NOT A PARTY TO THIS ACTION AND OVER THE AGE OF EIGHTEEN YEARS AND RESIDES IN THE STATE OF NEW YORK.
That on August 5, 2013 at 05:05 PM at

1612 57TH STREET APT 3
BROOKLYN, NY 11204

deponent served the within true copy/copies of the SUMMONS & COMPLAINT, CIVIL COVER SHEET, INDIVIDUAL PRACTICES OF JUDGE BUCHWALD, ECF RULES AND INSTRUCTIONS on GITTY GOLDMAN, the defendant/respondent therein named,

**SUITABLE AGE** by delivering thereat a true copy/copies of each to "JOHN SMITH", REFUSED TRUE NAME a person of suitable age and discretion. Said premises is the defendant's/respondent's dwelling house within the state. He identified himself as the CO-TENANT of the defendant/respondent.

Deponent further states that he describes the person actually served as follows:

| Sex | Skin Color | Hair Color | Age (Approx.) | Height (Approx.) | Weight (Approx) |
|---|---|---|---|---|---|
| MALE | CAUCASIAN | BROWN | 30 | 5'11 | 180 |

GLASSES

**MAILING** Deponent enclosed a true copy/copies of same in a postpaid wrapper properly addressed to the defendant/respondent at the defendant's/respondent's last known residence at

1612 57TH STREET APT 3
BROOKLYN, NY 11204

and deposited said wrapper in a post office or official depository under exclusive care and custody of the United States Postal Service within New York State on August 6, 2013 by REGULAR FIRST CLASS MAIL in an envelope marked PERSONAL & CONFIDENTIAL and not indicating on the outside envelope thereof, by return address or otherwise that the communication is from an attorney or concerns an action against the party to be served.

**MILITARY SERVICE** Person spoken to was asked whether the defendant was in the military service of the State of New York or the United States and received a negative reply. Upon information and belief based upon the conversation and observation as aforesaid deponent avers that the defendant is not in the military service of the State of New York or the United States as that term is defined in the statutes of the State of New York or the Federal Soldiers and Sailors Civil Relief Act.

Sworn to me on: August 6, 2013

Linda Forman
Notary Public, State of New York
No. 01FO5031305
Qualified in New York County
Commission Expires August 1, 2014

Robin Forman
Notary Public, State of New York
No. 01FO6125415
Qualified in New York County
Commission Expires April 18, 2017

GOTHAM PROCESS INC.
299 Broadway
New York NY 10007

GERALD MURRAY
License #: 872285
Docket #: *872621*