USDC SDNY
DOCUMENT  Buchwald, N
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11/01/2013

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X

MADELEINE STANCESCU,                                    Civ No.: 13-cv-04633-NRB

                                        Plaintiff,

        -against-                                       Stipulation of Dismissal

ASSAEL INTERNATIONAL, INC. d/b/a ASSAEL INC.,
CHRISTINA LANG-ASSAEL, ANDRES BABIO, and
GITTY GOLDMAN,

                                        Defendants.
-------------------------------------------------------------X

        IT IS HEREBY STIPULATED AND AGREED that the above-captioned matter is
hereby discontinued and dismissed with prejudice and without costs or attorneys' fees to any of
the parties as against each other.  No party to this action is an infant, incompetent person for
whom a committee has been appointed or conservatee and no person who is not a party has an
interest in the subject matter of this action.

        IT IS HEREBY FURTHER STIPULATED AND AGREED that a facsimile or
scanned signature on this document shall be sufficient as an original.

Dated: October 29 , 2013              Dated: October 29 , 2013

By: _Ann Macadangdang_                By: _Judith Lockhart_
    Liane Fisher, Esq.                    Judith Lockhart, Esq.
    Ann Macadangdang, Esq.                Jasmin J. Farhangian, Esq.

SERRINS FISHER, LLP                   CARTER LEDYARD & MILBURN LLP
233 Broadway, 23rd Floor              Two Wall Street
New York, New York 10279              New York, New York 10005
(212) 571-0700                        (212) 238-8871
*Attorneys for Plaintiff Madeleine Stancescu*   *Attorneys for Defendants Assael International,
                                      Inc. d/b/a Assael Inc., Christina Lang-Assael,
                                      Andres Babio, and Gitty Goldman*

SO ORDERED ON THIS _1st_ DAY OF _November_ , 2013

_Naomi Reice Buchwald_
HON. NAOMI REICE BUCHWALD
United States District Court Judge
United States District Court for the Southern District of New York